# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| **LEONARD E. BLACKBURN** | **CIVIL CASE NO. 6:23-CV-01051** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **JAMES M. LEBLANC, ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 14], determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS ORDERED that this civil rights suit be DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Chambers this 7th day of April 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE